**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**SCOTT HOOVER,**

    **Plaintiff,**

Case No. 05-70515

v.

HONORABLE DENISE PAGE HOOD

**JO ANNE B. BARNHART,**
Commissioner of Social Security**,**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated January 18, 2006. Neither Party has filed objections to this Report.

Magistrate Judge Steven D. Pepe recommended that the Court grant Defendant's Motion for Summary Judgment and deny the Plaintiff's Motion for Summary Judgment.

After careful review and consideration, the Court finds that the Magistrate Judge reached the correct conclusion for the proper reasons.

Accordingly,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge Steven D. Pepe, **[Docket No. 12, filed January 18, 2006]** is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment **[Docket No. 11, filed July 1, 2005]** is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment **[Docket No. 8, filed May 17, 2005]** is DENIED.

                                                   s/ DENISE PAGE HOOD  
                                                   DENISE PAGE HOOD  
                                                   United States District Judge

DATED: February 1, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 21, 2006, by electronic and/or ordinary mail.

                                                 s/William F. Lewis  
                                                 Case Manager